**Motion Granted and Order filed July 19, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01030-CR
_____

**GINGER DEEANNA FISHER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 08-DCR-048916A**

## ORDER

On July 18, 2012, appellant filed a motion to direct the trial court clerk to forward original exhibits to this court. *See* Tex. R. App. P. 34.5(f) and 34.6(g)(2). The motion is **GRANTED.**

The clerk of the 240th District Court is directed to deliver to the clerk of this court the originals of **State's Exhibits 27, 30, and 31, compact discs**, on or before **August 6,**

**2012.** The clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the originals of State's Exhibits 27, 30, and 31, compact discs, to the clerk of the 240th District Court.


PER CURIAM